IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTINE YESALUSKY | : | |
|     Plaintiff | : | |
| v. | : | 3:CV-15-1651 |
| | : | (JUDGE MARIANI) |
| PROGRESSIVE VISION INSTITUTE | : | |
| OF PHILADELPHIA, P.C., et al. | : | |
|     Defendants | : | |

## ORDER FOR DISMISSAL

Counsel having reported to the Court that the above action has been settled, **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge

DATED: March 29, 2016